1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                  )
                                  )
**ALLSTATE INSURANCE COMPANY**    )        NO.  **C06-355 JLR**
                                  )
       vs.                        )        MINUTE ORDER
                                  )
**UNITED STATES OF AMERICA**      )
                                  )
                                  )
_____)

The following Minute Order is made by direction of the Court, the Honorable James L. Robart, U.S. District Judge:

The court hereby dismisses this action without prejudice for failure to retain counsel.

The clerk is directed to mail a copy of the minute order to plaintiff Allstate Insurance Company.

Filed and entered this 25th day of January, 2007.

                        BRUCE RIFKIN, Clerk

                             \s\ C. Condon
                        By _____
                           Casey Condon
                           Deputy Clerk